Motion GRANTED. Hearing reset for 7/18/13 at 1:00 p.m.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-cr-00117 |
| v. ) | |
| ) | Judge Trauger |
| CORDELL JRAKE MCKINLEY ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests that the Court continue sentencing in this matter, presently scheduled for May 23, 2013, for approximately sixty (60) days. The United States requests this continuance in order to obtain and review court transcripts from the suppression hearing conducted on January 25, 2013. (D.E. 42). The United States intends to review the testimony of Ms. Delores Bond to evaluate whether her testimony would warrant application of a sentencing enhancement under USSG §3C1.1. The extension of sixty (60) days time would allow the parties to obtain the transcript, and if appropriate, make filings related to this matter.

Respectfully submitted,

**David Rivera**
Acting United States Attorney for the
Middle District of Tennessee

**s/ Clay T. Lee**
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151