# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00117 |
| | ) | Judge Trauger |
| CORDELL JRAKE MCKINLEY, a/k/a | ) | |
| CORDELL BOND | ) | |

## O R D E R

Pursuant to the Joint Motion to Strike the Government's Motion For an Upward Departure (Docket No. 69), it is hereby **ORDERED** that the Government's Motion For Upward Departure or Upward Variance (Docket No. 61) is **DENIED AS MOOT**.

It is so **ORDERED.**

Enter this 22nd day of August 2013.

_____
ALETA A. TRAUGER
United States District Judge