## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:12-00117 |
| ) | Judge Trauger |
| CORDELL JRAKE MCKINLEY, a/k/a ) | |
| CORDELL BOND ) | |
| ) | |

### **O R D E R**

The court is in receipt of a letter from defendant Cordell McKinley on November 14, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

The defendant is informed that he will not be coming back before this court to "receive jail credit," as he asserts in his letter.

Defense counsel is requested to discuss with the Marshal and/or the Bureau of Prisons the fact that the defendant apparently is not presently receiving his mental health medication where he is presently housed awaiting disposition of a state charge.

It is so **ORDERED.**

Enter this 15th day of November 2013.

_____
ALETA A. TRAUGER
United States District Judge